UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM SCOTT GARRISON, #00814619, <br><br>   *Plaintiff,*<br><br>v.<br><br>JOHN DOE, et al.,<br><br>   *Defendants.* | §§§§§§§§§§§ Civil Action No. 3:24-CV-0700-X-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 21). Magistrate Judge Rebecca Rutherford recommended dismissing Petitioner William Scott Garrison's petition as frivolous under 28 U.S.C. § 1915A and 28 U.S.C. § (e)(2)(B). Garrison has since filed 21 documents to the Court, which the Court interprets as objections.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DISMISSES WITH PREJUDICE** Petitioner William Scott Garrison's petition as frivolous under 28 U.S.C. § 1915A and 28 U.S.C. § (e)(2)(B).

**IT IS SO ORDERED** this 13th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE